IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Javier Diaz, | ) | No. CV05-2531-PHX-SRB |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Joseph Arpaio, | ) ) | |
| Defendant. | ) ) ) | |

Plaintiff, Javier Diaz, filed his Civil Rights Complaint on August 23, 2005. On March 1, 2006, this Court issued its screening order. This order advised Plaintiff that "At all times during the pendency of this action, Plaintiff shall immediately advise the court and the United States Marshal of any change of address and its effective date." On March 6, 2006, this order was returned by the Post Office with the notation "Return to Sender- Release." On March 24, 2006, the Magistrate Judge filed his Report and Recommendation recommending that this case be dismissed for Plaintiff's failure to comply with Rule 3.4, Local Rules of Civil Procedure for the United States District Court for the District of Arizona and Rule 41(b), Federal Rules of Civil Procedure.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

1    IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
2 as the order of this Court.
3    IT IS FURTHER ORDERED dismissing this case without prejudice.
4    IT IS FURTHER ORDERED directing the Clerk to enter judgment.

6    DATED this 29th day of March, 2006.

*/s/ Susan R. Bolton*
Susan R. Bolton
United States District Judge